

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00199-CR

| | | |
|---|---|---|
| GLENDA GRAY RUYLE, Appellant | § | On Appeal from the 415th District Court |
| | § | of Parker County (CR22-0519) |
| V. | § | March 27, 2025 |
| | § | Memorandum Opinion by Justice Kerr |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is corrected to delete the $750 fine and the checkmarks on the judgment indicating the assessment of fines, as well as $500 in "reimbursement fees" and $120 in "restitution." We likewise delete the corresponding amounts from the bill of costs and order to withdraw; these deletions include $25 listed as "General Fine" and the $750 listed as "Crime Stoppers Fine" in the bill of costs, as well as the premature $15 time-payment fee listed in the bill of

costs and incorporated into the order to withdraw. It is ordered that the trial court's judgment is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
Justice Elizabeth Kerr
